**Order entered August 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

### TADARROWL DERONE CARSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-57494-Y**

## ORDER

The reporter's record was originally due in this appeal on August 21, 2014. The Court has twice abated the appeal for findings regarding why the reporter's record had not been filed. On March 23, 2015, a portion of the reporter's record was filed. On June 26, 2015, this Court granted appellant's motion to supplement the record and ordered Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file, within thirty days, the reporter's record of the April 14, 2014 pretrial hearing. To date, Ms. Hazlewood has neither filed the reporter's record of that hearing nor communicated with the Court regarding the status of the record. The appeal cannot proceed until the supplemental reporter's record is filed.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file, by **AUGUST 17, 2015**, the reporter's record of the April 14, 2014 pretrial hearing.

**FAILURE OF SHARON HAZLEWOOD, FORMER OFFICIAL COURT REPORTER OF THE CRIMINAL DISTRICT COURT NO. 7, TO FILE THE SUPPLEMENTAL RECORD OF THE APRIL 14, 2014 PRETRIAL HEARING BY THE DATE HEREIN SET FORTH MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; the Texas Court Reporter's Certification Board; and to counsel for all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE